866 A.2d 980

IN THE MATTER OF C. BRIAN DALY, A/K/A CHARLES B. DALY,
AN ATTORNEY AT LAW (ATTORNEY NO. 272231971).

February 23, 2005.

## O R D E R

**C. BRIAN DALY, a/k/a CHARLES B. DALY,** of UNION, who was admitted to the bar of this State in 1971, having entered a plea of guilty in the United States District Court for the District of New Jersey to a federal information charging him with conspiracy to defraud a financial institution, in violation of 18 *U.S.C.A.* 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **C. BRIAN DALY, a/k/a CHARLES B. DALY,** is temporarily suspended

from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court;  and it is further

ORDERED that **C. BRIAN DALY, a/k/a CHARLES B. DALY,** be restrained and enjoined from practicing law during the period of his suspension;  and it is further

ORDERED that **C. BRIAN DALY, a/k/a CHARLES B. DALY,** comply with *Rule* 1:20–20 dealing with suspended attorneys.